UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

MALEKA LENZY,  )
individually and on behalf of  )
all others similarly situated,  )
)
              Plaintiff,  )
)   Civil Action No. 18-1084 (ABJ)
    v.  )
)
TRANSUNION, LLC,, *et al.*,  )
)
              Defendants.  )
)

## ORDER

In light of the joint Stipulation of Dismissal filed by Plaintiff Maleka Lenzy and Defendant Bank of America, N.A. ("BANA") [Dkt. # 31], and pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), Plaintiff's claims against BANA in this action are hereby DISMISSED WITH PREJUDICE, with each party to bear its own expenses.

SO ORDERED.

*[signature]*

AMY BERMAN JACKSON
United States District Judge

DATE: November 29, 2018